**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT HUMPRHRIES, and DENNIS MOWRY, Individually and On Behalf of All Others Similarly Situated, <br><br>                Plaintiffs, <br><br>         v. <br><br> MITSUBISHI CHEMICAL AMERICA, INC., MITSUBISHI CHEMICAL AMERICA EMPLOYEES' SAVINGS PLAN ADMINISTRATIVE COMMITTEE, TRAVIS BAYNE, SHINICHIRO IGUCHI, ROSE MARCHEK, PATRICIA SAUNDERS, TOM WELSH, TOM SKINTA, ATSUHIKO SATO, DEBORAH MOORER, KAREN ZORUMSKI, DANNETTE GRANT, DORIS FOSTER, BETH CASEY, DAN MICHALAK, KELLY EDWARDS, KEN SOUCY, and KITTY ANTWINE, <br><br>                Defendants. | **Case No. 1:23-cv-06214 (JLR)** <br><br><br> **JOINT NOTICE OF SETTLEMENT** |

Plaintiffs Robert Humphries and Dennis Mowry ("Plaintiffs") and Defendants Mitsubishi Chemical America, Inc., Mitsubishi Chemical America Employees' Savings Plan Administrative Committee, Travis Bayne, Shinichiro Iguchi, Rose Marchek, Patricia Saunders, Tom Welsh, Tom Skinta, Atsuhiko Sato, Deborah Moorer, Karen Zorumski, Dannette Grant, Doris Foster, Beth Casey, Dan Michalak, Kelly Edwards, Ken Soucy, and Kitty Antwine (together with Plaintiffs, "the Parties"), hereby jointly notify the Court that the Parties have reached a settlement in principle, subject to negotiation of a full and final settlement agreement and Court approval.

The Parties are in the process of negotiating and finalizing a settlement agreement that would resolve this litigation on a class-wide basis. Plaintiffs anticipate filing a motion for

preliminary approval of the class action settlement within sixty (60) days. In light of the agreement to settle this matter, and in the interest of efficiency and preserving judicial resources, the Parties respectfully request that all deadlines, hearings, or other dates set by the Court in this matter be suspended pending the forthcoming filing of a motion for preliminary approval of the class action settlement.

Dated: June 29, 2026

POMERANTZ LLP

By: */s/ Gustavo F. Bruckner*
Gustavo F. Bruckner
Samuel J. Adams
Ankita Sangwan
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

*Counsel for Plaintiffs*

Respectfully submitted,

MAYER BROWN LLP

By: */s/ E. Brantley Webb*
E. Brantley Webb (*pro hac vice*)
Nancy Ross (*pro hac vice*)
Margaret Vander Woude (*pro hac vice*)
Sarah Martin (*pro hac vice*)
1999 K Street NW
Washington, DC 20006
(202) 263-3000

*Counsel for Defendants*