MAYER | BROWN

Mayer Brown LLP
1999 K Street NW
Suite 3000
Washington, D.C. 20006
United States of America

T: +1 202-263-3000
F: +1 202-263-3001

**E. Brantley Webb**
T: +1 202-263-3188
F: +1 202-263-5288
bwebb@mayerbrown.com

September 22, 2026

VIA ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
Chambers: Room 1920
Courtroom: 20B
New York, NY 10007

Request GRANTED. The conference currently scheduled for September 24, 2026, at 3:30 p.m. shall be adjourned to October 7, 2026, at 10:00 a.m.

Dated: September 23, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Humphries v. Mitsubishi Chemical America, Inc. et al, Case No. 1:23-cv-06214-JLR

Dear Judge Rochon:

We write pursuant to Your Honor's Individual Practice Rules 1.F (Requests for Adjournments or Extensions of Time) to respectfully request an adjournment of the conference regarding Plaintiffs' unopposed motion for preliminary settlement approval in this matter, presently scheduled for September 24, 2026, at 3:30 PM. Dkt. 107. Plaintiffs' counsel consents to this request.

This is the first request for an adjournment of this conference and the tenth request for an extension overall in this case.[1] This adjournment is requested because lead counsel for Defendants is engaged in expert depositions this week and is scheduled to argue as lead counsel in a substantive hearing the morning of September 24, 2026, in another case pending before the Southern District of New York. That conference may run long and interfere with counsel's preparation for and attendance at the 3:30 PM conference ordered by the Court. The parties are available for a

[1] The prior extension requests are as follows: (1) with Plaintiffs' consent, Defendants sought an extension of time to respond to Plaintiffs' initial Complaint, and the Court granted this request, (Dkt. 13); (2) Plaintiffs requested an extension of time to respond to Defendants' Motion to Dismiss the initial Complaint, and the Court granted this request, (Dkt. 24); (3) Defendants requested an extension of time to file a reply in support of their initial Motion to Dismiss, which the Court granted in part, (Dkt. 30); (4) the Parties jointly requested an extended briefing schedule on Defendants' Motion to Dismiss the Amended Complaint, and the Court granted this request, (Dkt. 58); (5) Defendants requested an extension to file an Answer to Plaintiffs' Amended Complaint, which the Court granted, (Dkt. 70); (6) the Parties jointly requested an extended briefing schedule on Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Complaint, which the Court granted, (Dkt. 82); (7) the Parties jointly requested an extension of the case management deadlines, which the Court granted, (Dkt. 88); (8) the Parties jointly requested a second extension of the case management deadlines, which the Court granted, (Dkt. 93); and (9) Defendants requested an extension of time to answer the Second Amended Complaint, which the Court granted (Dkt. 101).

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

rescheduled conference September 25, 2026, through October 9, 2026, or on another date convenient to the Court.

We sincerely appreciate the Court's attention to this matter and its consideration of this request, and we apologize for any inconvenience to the Court.

Respectfully Submitted,

*/s/ E. Brantley Webb*
E. Brantley Webb

**MAYER BROWN LLP**

cc: All counsel of record (via ECF)